# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 70016-2-I |
| Respondent, | ) | |
| v. | ) | |
| LYNNETTE JO JOHNSON, | ) | UNPUBLISHED OPINION |
| Appellant. | ) | FILED: MAY 1 2 2014 |

2014 MAY 12 AM 9: 18  COURT OF APPEALS DIV 1 STATE OF WASHINGTON

PER CURIAM — Lynnette Johnson appeals her conviction for possession of cocaine with intent to deliver, arguing that the trial court erred in instructing the jury that it had a "duty to convict" if it found all the elements of the offense beyond a reasonable doubt. This argument is controlled by our recent decision in State v. Ryan P. Moore, No. 69766-8 (Wash. February 18, 2014) and the cases cited therein.

Affirmed.

FOR THE COURT: